# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY C. RHOOMS-ADAMS,<br>Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br>Defendant. | Case No. 2:18-cv-00461-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

Date: July 18, 2019  /S/ Steve Kim
HON. STEVE KIM
U.S. MAGISTRATE JUDGE